IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES M. LYNN, | ) |
| Plaintiff, | ) Civil Action No. 03 - 846 |
| v. | ) Judge Donetta Ambrose/ |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| LT. JOHN E. CHRISTNER, and OFFICER GEORGE T. MILKENT, | ) |
| Defendant. | ) |

## SCHEDULING O R D E R

On June 9, 2006 the Third Circuit Court of Appeals filed an opinion in the above captioned matter. The Court affirmed the District Court's entry of summary judgment as to Plaintiff's false arrest, false imprisonment and malicious prosecution claims. It vacated the District Court's dismissal of the Complaint with respect to Plaintiff's §1983 conspiracy claims and remanded the matter for further proceedings on this issue only.

Therefore, it is HEREBY ORDERED as follows:

Discovery may take place on the remaining issue of conspiracy only. The parties must complete discovery by October 20, 2006. All interrogatories, depositions and requests for admissions and/or production of documents shall be served within sufficient time to allow responses to be completed **prior** to the close of discovery, **except** that expert depositions may be conducted after the close of discovery.

A status conference is scheduled to take place in Courtroom 7B, U.S. Courthouse, 7th and Grant Sts. , Pgh., Pa. 15219 on October 24, 2006 at 10 am.

dockets.Justia.com

Motions for summary judgment with evidentiary material and accompanying brief, if appropriate, shall be filed by November 30, 2006. Responses to summary judgment motions shall be filed no later than 30 days after the filing of the motion.

. IT IS FURTHER ORDERED that plaintiff shall serve upon defense counsel a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to counsel. Any pleading or other document received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the Court.

July 13, 2006

_____
LISA PUPO LENIHAN
United States Magistrate Judge

cc: Charles M. Lynn
557 McKean Avenue
Donora, PA 15033

Counsel of Record