IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES M. LYNN, | ) | |
| | ) | Civil Action No. 03 - 846 |
| Plaintiff, | ) | |
| | ) | Chief Judge Donetta W. Ambrose / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| LT. JOHN E. CHRISTNER, | ) | |
| and OFFICER GEORGE T. MILKENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

   **IT IS ORDERED** this 3rd day of August, 2006, that a Scheduling Conference is set before the undersigned on **August 24, 2006 at 2:00 PM** in Suite 301 of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

   **IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **August 17, 2006.**

   **IT IS FURTHER ORDERED** that the Scheduling Order (Doc. No. 43) issued by the Court on July 13, 2006 is hereby **VACATED**.

   **IT IS FURTHER ORDERED** that Plaintiff's Motion to Modify Scheduling Order (Doc. No. 44) filed July 26, 2006 is **DENIED** as moot.

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf

cc:    Charles M. Lynn

222 Matthews Road

Belle Vernon, PA 15012

Paul D. Krepps
Marshall, Dennehey, Warner, Coleman & Goggin
600 Grant Street, USX Tower
Suite 2900
Pittsburgh, PA 15219
Email: pdkrepps@mdwcg.com

Teresa O. Sirianni
Marshall, Dennehey, Warner, Coleman & Goggin
600 Grant Street, USX Tower
Suite 2900
Pittsburgh, PA 15219
Email: tosirianni@mdwcg.com