# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES M. LYNN, | ) | No: 03-846 |
| | ) | |
| Plaintiff, | ) | Chief Judge Donetta W. Ambrose |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| LT. JOHN E. CHRISTNER, Individually and as a police officer for the Township of Rostraver; OFFICER GEORGE T. MILKENT, Individually and as a police officer for the Township of Rostraver, | ) ) ) ) ) ) ) | **ELECTRONICALLY FILED** |
| Defendants. | ) | |

## INITIAL SCHEDULING ORDER

AND NOW, this 24th day of August, 2006, IT IS HEREBY ORDERED

that this action is placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be strictly enforced. This action is designated a Track _1_ case under Local Rule 16.1.3.

**IT IS FURTHER ORDERED** that counsel shall confer with their clients prior to all case management, status or pretrial conferences to obtain authority to participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

**IT IS FURTHER ORDERED** that compliance with provisions of Rule 16.1 shall be completed as follows:

1. The parties shall move to amend the pleadings or add new parties by September 30, 2006. *(30 days before the end of discovery)*

2. The parties shall complete discovery (factual ~~and expert~~ ONLY) by October 31, 2006. *(Generally 90-120 days after the filing of the answer).* All interrogatories, depositions and requests for admissions and/or production of documents shall be served within sufficient time to allow responses to be completed **prior** to the close of discovery.

3. Depositions of experts shall be completed by December 31, 2006.

4. A status/settlement conference will be held on **Nov. 6, 2006**, at **10 AM**. *(Generally within 2 weeks of the close of discovery)* Trial counsel shall attend and the parties shall be available by telephone.

   **IT IS FURTHER ORDERED** that the parties shall follow this Court's Order on Motions Practice in connection with all pretrial motions. The pendency of motions, including dispositive motions, will not stay the time periods set forth in, nor affect any other compliance requirements of, the Scheduling Orders.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All counsel of record.

\12_A\LIAB\TOSIRIANNI\LLPG\426987\SLINDERMAN\13061\00292