IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES M. LYNN, | ) |
| | ) Civil Action No. 03 - 846 |
| Plaintiff, | ) |
| | ) Chief Judge Donetta W. Ambrose / |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| LT. JOHN E. CHRISTNER, | ) |
| and OFFICER GEORGE T. MILKENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above captioned case was received on June 6, 2003, and was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on September 17, 2004.

The Magistrate Judge's Report and Recommendation filed on July 10, 2007, recommended that Defendants' Motion for Summary Judgment (Doc. No. 51) be granted. Service was made on the Plaintiff at his address of record, 222 Mathews Road, Belle Vernon, PA 15012, as well as on counsel for the Defendants. The parties were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. As of the date of this order, no objections have been filed. After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 4th day of Sept., 2007;

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated July 10, 2007, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this case as closed.

By the Court:

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief United States District Judge

cc:   Lisa Pupo Lenihan
      United States Magistrate Judge

      Charles M. Lynn
      222 Mathews Road
      Belle Vernon, PA 15012

      Counsel of record.